UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JEFFREY LANGFORD,<br><br>      Defendant. | Case No. CR 18-195-GW-1<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the following documents shall be unsealed:

a. Exhibits A through K attached to the defendant's motion to suppress evidence. (ECF 120, Exhibits A-K.)

b. The court's order of September 20, 2021, denying defendant's motion to suppress evidence and denying defendant's motion to dismiss count one as duplicitous. (ECF 127.)

c. The transcript of the motion hearing held on September 20, 2021.

Exhibit L attached to defendant's motion to suppress evidence is to remain sealed, as is the memorandum of points and authorities in support of the motion to suppress evidence.

DATED: March 27, 2025

                                              HON. GEORGE H. WU
                                              United States District Judge